## WILLIAMSON vs. PRICE & MORGAN.

APPEAL from the parish court, of the parish and city of New-Orleans.

MARTIN, J., delivered the opinion of the court. The defendants resisted the claim of the plaintiff for compensation of an injury done by their (the defendant's) vessel to that

The owner of a vessel is responsible for the damage done by her, although a pilot be on board.

VOL. IV. (N. S.)          51

East'n. District. of the plaintiffs, by running foul of her, on the
April, 1826. ground that theirs was at the time, under the
WILLIAMSON care and consequently the control of a licensed
vs. pilot. There was judgment against them, and
PRICE & MORGAN. they appealed.

They have relied on a number of authorities, principally *Holt on Shipping*, 481; *Chitty* 59; *Abbot* 227; *Partida* 5, 8, 26; *Inst.* 4, 5, 3; *Brinkershoeck* 9, 2, 29, §2 *and* 4; *Dig.* 19, 2, 13, §2.

The modern and most direct authorities support the plaintiff's claim.

If a ship miscarry, while under the care of a pilot, the merchant has a right to charge either the master or the pilot. *Molloy* 2, 9, §3.

The owners of a ship are liable for damages done by her while a pilot has charge of her, although the pilot be appointed by public authority. *Story's Abbot*, 215; *Bussy* vs. *Donaldson*, 4 *Dallas*, 206; *the Neptune, Dodson's Adm.* 467; 1 *Holt on Shipping*, 483; 3 *Peake*, 302.

The owners of a ship are liable for damages done by their ship through negligence, although she be chartered by government; though a naval officer be on board and have the command of her. 5 *Bos. and Puller*, 182; *Abbot*, 182.

East'n. District.
*April,* 1826.

WILLIAMSON
*vs.*
PRICE & MOR-
GAN.

See also, *Sewell* vs. *Rich,* 1 *Johnson* 305 ; *Loubridge* vs. *Donville,* 5 *Barnwell and Anderson,* 117 ; *Carruthers* vs. *Sydebotham,* 4 *Maule and Selwyn* 77 ; *Bonnel* vs. *Morton, Holt N. P.* 259 ; 7 *Taunton,* 258 ; *Boucher* vs. *Northshore,* 1 *Taunton,* 568 ; *Nicholson* vs. *Morrisey,* 15 *East.* 364.

It seems hard, on the one side, that while necessity, and in many places the law, compel to place a vessel under the absolute command of a pilot, his misconduct should subject to damages the owner of the ship, on whom he is, it may be said, forced. But on the other hand, pilots are very seldom persons able to compensate the owner of a vessel ran foul of. The owner of the vessel by whom the damage is done, receiving the benefit of the voyage, it has been judged just he should indemnify persons injured by his vessel, while employed for his benefit.

It is therefore ordered, adjudged and decreed, that the judgment of the parish court be affirmed with costs.

*Whittelsey* for the plaintiff, *Hennen* for the defendants.